# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | CV F 04 5251 AWI SMS P |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING USM-285 FORMS AND SUMMONSES |
| M.D. LUNES, M.G. CHAMALBIDE, | |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO SEND FORMS |

John R. Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on February 6, 2004, alleging a violation of his Eighth Amendment rights by Corrections Officers M.D. Lunes, and M.G. Chamalbide. Plaintiff is seeking injunctive relief, and compensatory and punitive damages.

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 for retaliation and deliberate indifference in violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following defendants:

    M.D. LUNES

    M.G. CHAMALBIDE

2.  The Clerk of the Court is DIRECTED to send Plaintiff TWO (2) USM-285

1

forms, TWO (2) summonses, an instruction sheet and a copy of the complaint filed February 6, 2004.

3. Within **THIRTY (30) DAYS** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. THREE (3) copies of the endorsed complaint filed February 6, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **May 3, 2005**              /s/ Sandra M. Snyder
icido3                                                    UNITED STATES MAGISTRATE JUDGE