IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN R. MARTINEZ,**<br><br>                                  Plaintiff,<br><br>        v.<br><br>**M. D. LUNES, et al.,**<br><br>                                  Defendants. | NO. CIV F-04-5251 AWI SMS P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISCOVERY RESPONSES (Doc. 18.)** |

Defendants have requested an extension of time to respond to plaintiff's First Request for Interrogatories. Good cause appearing, the request is granted. Responses to plaintiff's First Request for Interrogatories are due January 29, 2006.

IT IS SO ORDERED.

**Dated:   January 10, 2006**           /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1