# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | CV F 04 5251 AWI SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL (Doc. 23.) |
| M.D. LUNES, M.G. CHAMALBIDE, | |
| Defendants. | |

John R. Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 19, 2006, Plaintiff filed a Motion to Compel production of documents and interrogatory responses. Defendants moved for an extension of time to respond to the Motion on May 9, 2006.

Good cause having been presented, the Request for an Extension of time is GRANTED. Defendants shall file a Response within TWENTY (20) days of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   May 15, 2006**            **/s/ Sandra M. Snyder**
b6edp0                              UNITED STATES MAGISTRATE JUDGE

1