# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>M.D. LUNES, et. al.,<br><br>　　　　　　Defendants.<br>_____/ | CV F   04 5251 AWI SMS P<br><br>ORDER DENYING MOTION TO COMPEL (Doc. 21.)<br><br>ORDER GRANTING REQUEST TO EXTEND DISCOVERY DEADLINE (Doc. 26. |

　John R. Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　On October 27, 2005, this Court issued a Scheduling Order setting forth a discovery deadline of June 28, 2006.

　On April 19, 2006, Plaintiff filed a Notice of Motion To Order Production of Documents and Interrogatory Responses.  In this Motion, Plaintiff requests that the Court issue an Order requiring Defendants to "produce responsive discovery relating to Plaintiff's First Set of Requests for Production of Documents and First Set of Interrogatories."  (Motion at 1.)  More specifically, Plaintiff states that Defendants objected to every request made for the production of documents and failed to respond in any manner to the requests for interrogatories.  Id. at 3.

　On June 5, 2006, Defendants filed an Opposition to the Motion to Compel stating Defendants served responses to the Requests for Production of Documents on December 29, 2005, but inadvertently neglected to serve the responses to the Requests for Interrogatories.  Counsel indicated

that at the filing of the Opposition, the responses to the Interrogatories had been served on Plaintiff.

On June 15, 2006, Plaintiff moved to extend the discovery deadline by 45 days given the untimely response by Defendants to the Interrogatories served by Plaintiff. Defendants filed a Statement of Non-Opposition on June 19, 2006.

On July 5, 2006, Plaintiff filed a Reply to the Opposition contending that Defendants have "falsely claim[ed]" that the responses to the Requests for Production of documents were "responsive," that the Defendants lied to the Court in saying that his meet and confer efforts did not mention the interrogatories and that the Defendants have failed to comply with the Court's meet and confer requirements and that such failure was not inadvertent. (Reply at 1.)

## A. MOTION TO COMPEL

### *1. Requests for Production of Documents*

According to the record before the Court, Defendants did serve Plaintiff with responses to the Requests for Production of Documents on December 29, 2005. Plaintiff does not contend that he did not receive them, only that the responses provided were inadequate. Such a statement alone, however, this is insufficient to warrant the Court's granting of a Motion to Compel. Moreover, a review of the responses contested shows that Defendant's objected to the requests largely on the bases of relevance and vagueness. Other than his sweeping objection to the responses given, Plaintiff provides no further explanation as to why each document sought should be produced despite the objections made by Defendants. Further, the Court cannot assist Plaintiff in making his requests more specific. Accordingly, Plaintiff's Motion to Compel production of documents is DENIED.

### *2. Requests for Interrogatories*

Plaintiff also asserts in the Motion to Compel that Defendants did not respond to his Requests for Interrogatories. Defendants concede in the Opposition that there was an error in timely responding to the Requests, however, Defendants served Plaintiff with those responses at the same time the Opposition was filed with the Court. Defendants request that the Motion to Compel Interrogatories be denied as moot.

Plaintiff replied stating only that Defendant's explanation was unsatisfactory and that they deserve to be sanctioned as a result.

Pending before the Court is a Motion to Compel responses to the Requests for Interrogatories. In his Reply, Plaintiff does not allege that he is not in receipt of the Responses. Accordingly, the Motion to Compel responses to the Requests for Interrogatories is DENIED as moot.

**B.  MOTION TO EXTEND DISCOVERY DEADLINE**

As noted above, Plaintiff moved to extend the discovery deadline by 45 days. Defendants filed a Statement of Non-Opposition. Accordingly, the Court will GRANT Plaintiff's request for a 45 day extension.

**C.  ORDER**

The Court HEREBY ORDERS:

1. The Motion to Compel is DENIED; and
2. The Request to Extend the Discovery Deadline is GRANTED. Discovery SHALL CONCLUDE **JULY 31, 2006.**

IT IS SO ORDERED.

**Dated:**   July 17, 2006                              /s/ Sandra M. Snyder
icido3                                                            UNITED STATES MAGISTRATE JUDGE