UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | 1:04-CV-05251-AWI-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S SECOND REQUEST TO EXTEND DISCOVERY DEADLINE |
| v. | ) | [Document #30] |
| | ) | |
| M. D. LUNES, et al., | ) | ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
| Defendants. | ) | [Document #31] |
| | ) | |
| | ) | ORDER EXTENDING DEADLINES FOR ALL PARTIES |
| | ) | |
| | ) | New Discovery Cut-Off Date -   10-27-2006 |
| _____ | ) | New Dispositive Motion Deadline - 10-27-2006 |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2006, plaintiff filed a request for an extension of the discovery deadline. The current deadline for discovery is July 31, 2006.[1]  Good cause having been presented to the court, plaintiff's request shall be granted, and the discovery deadline shall be extended for all parties to this action.

---

[1] The court's discovery/scheduling order of October 27, 2005 established a discovery deadline of June 28, 2006. On June 15, 2006, plaintiff filed a request for an extension of the discovery deadline. On July 18, 2006, the court granted plaintiff's request and extended the deadline to July 31, 2006, for all parties.

1

On August 28, 2006, defendants filed a motion for an extension of time to file a dispositive motion. The current dispositive motion deadline is August 28, 2006.[2] Good cause having been presented to the court, defendants' motion shall be granted, and the dispositive motion deadline shall be extended for all parties to this action.

To this end, IT IS HEREBY ORDERED that the deadlines in this action are extended as follows, for all parties to this action:

1. All discovery, including motions to compel, formerly to be completed by July 31, 2006, shall be completed by **October 27, 2006;** and

2. The deadline for serving and filing pre-trial dispositive motions, formerly August 28, 2006, shall be **October 27, 2006**.

IT IS SO ORDERED.

**Dated:     September 14, 2006                     /s/ Sandra M. Snyder**
b6edp0                                              UNITED STATES MAGISTRATE JUDGE

---

[2] The court's discovery/scheduling order of October 27, 2005 set a dispositive motion deadline of August 28, 2006.