UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | 1:04-CV-05251-AWI-SMS-P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
| v. | ) | |
| M. D. LUNES, et al., | ) | (Docs. 33, 35) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2006, and again on November 9, 2006, defendants filed a motion for an extension of time to file a dispositive motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time up to and including November 24, 2006 in which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:   November 21, 2006**          /s/ Sandra M. Snyder
b6edp0                                UNITED STATES MAGISTRATE JUDGE