UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,              )<br>                                              )<br>       Plaintiff,                       )<br>                                              )<br>              v.                         )<br>                                              )<br>M. D. LUNES, et al.,                )<br>                                              )<br>       Defendants.                 )<br>_____) | 1:04-CV-05251-AWI-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 36) |

   Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 22, 2006, defendants filed a motion for an extension of time to file a dispositive motion. In light of the fact that plaintiff filed a motion for summary judgment on December 1, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion for an extension of time to file a dispositive motion is GRANTED nunc pro tunc to November 24, 2006.

IT IS SO ORDERED.

**Dated:  December 8, 2006**          **/s/ Sandra M. Snyder**
b6edp0                                                UNITED STATES MAGISTRATE JUDGE