# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | CV F   04 5251 AWI SMS P |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN TWENTY DAYS |
| v. | ) | |
| M.D. LUNES, et. al., | ) | |
| Defendants. | ) | |

John R. Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 1, 2006, Defendants filed a Motion for Summary Judgment and Statement of Undisputed Facts. To date, Plaintiff has not filed an Opposition to the Motions or a Statement of Non-opposition, as is required by the Local Rules. Local Rule 78-230(m).

Accordingly, within **TWENTY  (20) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to Motions to Dismiss.   Plaintiff is forewarned that his failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   January 3, 2007            /s/ Sandra M. Snyder
icido3                               UNITED STATES MAGISTRATE JUDGE

1