UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M.D. LUNES, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:04-cv-05251-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 45)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT** (Doc. 39) |

　　　John R. Martinez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On February 20, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 20, 2007, are ADOPTED IN FULL;

2. Defendants' Motion for Summary Judgment on the retaliation claim against Defendant Chamalbide and Lunes, filed December 1, 2006, is DENIED;

3. The Eighth Amendment claim against Defendant Chamalbide is DENIED;

4. The Eighth Amendment claim against Defendant Lunes is GRANTED; and,

5. Defendant Lunes is therefore DISMISSED from the action.

IT IS SO ORDERED.

**Dated:  May 10, 2007**                    /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE

2