# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>               Plaintiff,<br>    v.<br><br>M.D. LUNES, et. al.,<br><br>               Defendants.<br>_____/ | 1:04-cv-05251-AWI-SMS-PC<br><br>ORDER CORRECTING ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 47)<br><br>ORDER FOR CLERK TO CORRECT DOCKET |

      John R. Martinez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On February 6, 2004, plaintiff filed the complaint against defendants M.D. Lunes and M.G. Chamalbide for retaliation and deliberate indifference in violation of the Eighth Amendment.  On December 1, 2006, defendants filed a motion for summary judgment.  (Doc. 39.)  On February 20, 2007, Magistrate Sandra M. Snyder issued findings and recommendations to grant in part and deny in part the motion for summary judgment.  (Doc. 45.)  On May 11, 2007, the undersigned adopted the findings and recommendations.  (Doc. 47.)

      Further review of the Magistrate's findings and recommendations (Doc. 45) shows that the conclusion as written, "Defendant Lunes [should] be dismissed from the action," is in error.[1] The substance of the Magistrate's argument in the findings and recommendations was that

---

[1] Findings and Recommendations to Deny Motion for Summary Judgment in Part and Grant in Part, filed February 20, 2007.  (Doc. 45, p. 2, line 16.)

summary judgment should be granted *as to the Eighth Amendment claim against defendant Lunes only* and denied as to the other claims.  Therefore, the retaliation claim against defendant Lunes remains at issue, and Lunes is not dismissed from this action.

In light of the foregoing, the Order Adopting the Magistrate's Findings and Recommendations (Doc. 47) shall be corrected to conform to the substance of the Magistrate's argument.  Accordingly, IT IS HEREBY ORDERED that:

1. The court's May 11, 2007 Order Adopting Findings and Recommendations, is corrected to read as follows:

    Page 2, Lines 14-16 :

    The Eighth Amendment claim against Defendant Lunes is GRANTED; ~~and, Defendant Lunes is therefore DISMISSED from the action.~~

2. Defendant Lunes is not dismissed from this action;

3. The retaliation claim against defendant Lunes remains at issue;

4. The retaliation claim against defendant Chamalbide remains at issue;

5. The Eighth Amendment claim against defendant Chamalbide remains at issue; and

6. The Clerk of Court shall correct the docket in accordance with this order.

IT IS SO ORDERED.

Dated:   October 30, 2007              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE