UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, ) | 1:04-cv-05251-AWI-SMS-PC |
| ) | |
| Plaintiff, ) | ORDER DISREGARDING NOTICE OF |
| ) | APPEARANCE BY ATTORNEY |
| v. ) | CHARLES F. A. CARBONE, AND |
| ) | DENYING REQUEST TO BE |
| M. D. LUNES, et al., ) | INCLUDED ON SERVICE LIST |
| ) | |
| Defendants. ) | (Doc. 48) |
| _____ ) | |

John R. Martinez ("plaintiff") is a state prisoner proceeding in propria persona and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2007, a Notice of Appearance was filed by attorney Charles F. A. Carbone, in which he notified the court that he was appearing on behalf of plaintiff "as attorney of record in the above-captioned matter" and requested to be included "on all service related lists." (Court Doc. 48.)

No attorney may participate in any action unless the attorney has appeared as an attorney of record. Local Rule 83-182(a)(1). Appearance as an attorney of record is made (i) by signing and filing an initial document, such as a complaint, (ii), by causing the attorneys name to be listed in the upper left hand corner of the first page of the initial document, (iii) by physically appearing at a court hearing in the matter, formally stating the appearance on the record, and then signing and filing a confirmation of appearance within three (3) court days; or (iv) by filing and serving on all parties a substitution of attorneys as provided in subsection (g). Local Rule 83-182(a)(2).

1    Pursuant to Local Rule 83-182(g), "[A]n attorney who has appeared in an action may substitute
2    another attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall
3    set forth the full name and address of the new individual attorney and shall be signed by the withdrawing
4    attorney, the new attorney, and the client." Local Rule 83-182(g). All substitutions of attorneys shall
5    require the approval of the Court, and the words **"IT IS SO ORDERED"** with spaces designated for
6    the date and signature of the Judge affixed at the end of each substitution of attorneys." Id (emphasis
7    in original). An individual representing himself without an attorney is bound by the Local Rules. Local
8    Rule 83-183(a). All obligations placed on "counsel" by the Local Rules apply to individuals appearing
9    in propria persona.. Id.

10    The Notice of Appearance filed on October 9, 2007, does not comply with Local Rule 83-183(a)
11    as set forth above. As a result, attorney Charles F. A. Carbone has not properly appeared as attorney-of-
12    record for plaintiff in this action. Therefore, the Notice of Appearance shall be disregarded, and plaintiff
13    continues to proceed in propria persona in this action.

14    Should plaintiff wish to withdraw as attorney-of-record and substitute a new attorney in his place,
15    plaintiff must submit a substitution of attorneys to the court in compliance with Local Rule 83-182(g).
16    Because plaintiff has appeared in this action in propria persona, he is bound by the Local Rules as if he
17    had appeared as an attorney. The proposed substitution must set forth the full name and address of the
18    new individual attorney and shall be signed by both the new attorney and plaintiff. The substitution must
19    be submitted for approval of the court, with the words **"IT IS SO ORDERED"** with spaces designated
20    for the date and signature of the Judge affixed at the end. The new attorney will not appear as plaintiff's
21    attorney of record until after the substitution has been approved by the court, filed in this action, and
22    served on all parties to this action.

23    In light of the foregoing, IT IS HEREBY ORDERED that
24    1.    The Notice of Appearance filed by attorney Charles F. A. Carbone on October 9, 2007,
25          is DISREGARDED;
26    2.    Charles F. A. Carbone's request to be included on the service list is DENIED;
27    3.    Plaintiff continues to proceed in propria persona in this action; and
28
                                                    2

4.   The Clerk of Court is DIRECTED to serve a copy of this order on:

>  Charles Francis Carbone, Esq.
>  PMB 212
>  3128 16th Street
>  San Francisco, CA  94103

IT IS SO ORDERED.

**Dated:   November 5, 2007**                    **/s/ Sandra M. Snyder**
                                                                 UNITED STATES MAGISTRATE JUDGE