UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | 1:04-cv-05251-AWI-SMS-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (Docs. 60 , 61) |
| v. | |
| M. D. LUNES, et al., | ORDER VACATING SECOND SCHEDULING ORDER (Doc. 51) |
| Defendants. | ORDER FOR PARTIES TO MEET AND CONFER AND FILE STIPULATION WITHIN THIRTY DAYS |
| / | |

**VACATED:**
**Telephonic Trial Confirmation Hearing:**
    **January 28, 2008, at 3:30 p.m. in Courtroom 2 (AWI)**

**Jury Trial:** **March 11, 2008, at 8:30 a.m. in Courtroom 2 (AWI)**

Plaintiff John R. Martinez ("plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 6, 2007, the court issued a Second Scheduling Order establishing case deadlines and setting dates for a trial confirmation hearing and jury trial. (Doc. 51)  On December 6, 2007, attorney Charles Carbone was substituted as counsel for plaintiff.  On December 11, 2007, plaintiff filed a motion for extension of time to meet the court's deadlines in the Second Scheduling Order.

1    In light of the fact that plaintiff's new counsel requires time to consult with plaintiff and
2 become familiar with the case before trial, the extension of time shall be granted.  The Second
3 Scheduling Order shall be vacated, and the parties shall meet and confer and file a stipulation
4 scheduling new dates in this action for a trial confirmation hearing and jury trial.  The court shall
5 then issue a Third Scheduling Order.

6    Based on the foregoing, IT IS HEREBY ORDERED that:

7    1.    Plaintiff's motion for extension of time is GRANTED;

8    2.    The Second Scheduling Order filed November 6, 2007, is VACATED in its entirety;

9    3.    The parties shall meet and confer to schedule the following dates in this action:

10       (1)    Date for jury trial before the Honorable Anthony W. Ishii at least three
11              months from the date of this order; and

12       (2)    Date for a trial confirmation hearing before the Honorable Anthony W. Ishii
13              four to six weeks before the trial date.

14    The parties shall confirm the availability of these dates on the court's calendar by
15    contacting Harold Nazaroff, courtroom clerk to the Honorable Anthony W. Ishii, at
16    (550) 499-5668;

17    4.    Within thirty days from the date of service of this order, the parties shall file a
18          stipulation setting forth the agreed-upon dates for the trial confirmation hearing and
19          jury trial.

20    5.    The court shall issue a Third Scheduling Order after the parties have filed their
21          stipulation.

22 IT IS SO ORDERED.

23 **Dated:   January 10, 2008**             **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE