UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | 1:04-cv-05251-AWI-SMS-PC |
| Plaintiff, | CORRECTION TO TELEPHONE NUMBER GIVEN IN ORDER |
| v. | (Doc. 62) |
| M. D. LUNES, et al., | From: (550) 499-5668<br>To:   **(559) 499-5668** |
| Defendants. | |

Plaintiff John R. Martinez ("plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 2008, the court issued an order entitled "Order Granting Plaintiff's Motion For Extension of Time..." (Court Doc. 62.)  Due to a typographical error, the telephone number given in the order was incorrect.  Therefore, IT IS HEREBY ORDERED that the court's order issued January 10, 2008, be corrected as follows:

(Court Doc. 62 at page 2, lines 14-16) shall read:

> "The parties shall confirm the availability of these dates on the court's calendar by contacting Harold Nazaroff, courtroom clerk to the Honorable Anthony W. Ishii, at **(559) 499-5668**;"

IT IS SO ORDERED.

**Dated:   January 11, 2008**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1