# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,          ) | 1:04-CV-5251 AWI SMS P |
| Plaintiff,          ) | ORDER REGARDING STIPULATION SETTING TRIAL DATE AND TRIAL CONFIRMATION HEARING |
| v.          ) | |
| M.D. LUNES, et al.,          ) | ORDER SETTING TRIAL SCHEDULE |
| Defendants          ) | |

    This action was set for trial, but upon an attorney substituting into this case to represent Plaintiff, who had been proceeding in pro se, the court vacated the trial date and ordered the parties to submit a stipulation concerning new trial dates.  On February 11, 2008, the parties filed a stipulation requesting trial in this action be set for June 10, 2008, with a pretrial conference set for May 7, 2008.  Pursuant to the parties' stipulation, the court issues this scheduling order.

    The parties are required to file a pre-trial statement prior to the pretrial conference.  In addition to the matters already required to be addressed in the pre-trial statement in accordance with Local Rule 16-281, plaintiff will be required to make a particularized showing in order to obtain the attendance of some witnesses. The procedures and requirements for making such a showing are outlined below. Plaintiff is advised that failure to comply with the procedures set forth below may result in the preclusion of any and all witnesses named in his pre-trial statement.

<u>1. Procedures for Obtaining Attendance of Incarcerated Witnesses</u>

An incarcerated witness cannot be brought to court unless this court orders the warden or other custodian to permit the witness to be transported to court.   This court will not issue such an order unless Plaintiff files a motion requesting a prospective witness be brought that provides evidence and/or an offer of proof that: (a) the prospective witness is willing to attend; and (b) the prospective witness has actual knowledge of relevant facts.  The court will then review and rule on the motion for attendance of incarcerated witnesses, specifying which prospective witnesses must be brought to court.   Subsequently, the court will issue the order necessary to cause the witness's custodian to bring the witness to court.

Motions for the attendance of incarcerated witnesses, if any, must be filed on or before March 31 2008.   Oppositions, if any, must be filed on or before April 14, 2008.

<u>2. Procedures for Obtaining Attendance of Unincarcerated Witnesses That Plaintiff Wishes the United States Marshals to Subpoena</u>

If a prospective witness is not incarcerated, and he or she refuses to testify voluntarily, the witness must be served with a subpoena. Fed. R. Civ. P. 45.   In addition, the party seeking the witness's presence must pay a daily witness fee of $40.00 plus the witness's travel expenses. 28 U.S.C. § 1821.   If Plaintiff wishes the United States Marshal to serve any subpoenas, Plaintiff must provide the court with the witness's name and address along with a money order made payable to the witness for the full amount of the witness's travel expenses plus the daily witness fee of $40.00.   The Clerk of the Court will then issue a subpoena and provide the subpoena and money orders to the United States Marshal for service.  The subpoena will not be served upon the unincarcerated witness by the United States Marshal unless the money order is tendered to the court.  Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed in forma pauperis.

If plaintiff wishes to have the Marshal serve any unincarcerated witnesses with

subpoenas, plaintiff must submit their information and money orders to the court no later than March 31, 2008.

    3.   Pretrial Statement

Because all parties are now represented by counsel, the parties shall file a pretrial statement in compliance with Local Rule 16-281.

**ORDER**

Accordingly, the court HEREBY ORDERS as follows:

1. This matter is set for a pretrial conference before the undersigned on May 7, 2008 at 8:30 a.m. in Courtroom 2;

2. This matter is set for jury trial before the undersigned on June 10, 2008, at 8:30 a.m. in Courtroom 2;

3. The parties shall file a pretrial statement in compliance with Local Rule 16-281;

4. In addition to electronically filing their pretrial statement, the parties shall e-mail the pretrial statement to: awiorders@caed.uscourts.gov;

5. If plaintiff intends to call incarcerated witnesses at time of trial, plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in this order on or before March 31, 2008;

6. The opposition to any motion for the attendance of incarcerated witnesses, if any, shall be filed on or before April 14, 2008; and

7. If plaintiff wishes the United States Marshals to serve any witness, plaintiff must submit to the court the witness's information and a money order made payable to the witness on or before March 31, 2008.

IT IS SO ORDERED.

**Dated:**   **February 11, 2008**         /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE