# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | 1:04-CV-5251 AWI SMS P |
| Plaintiff, | ORDER VACATING JUNE 10, 2008 TRIAL DATE |
| v. | ORDER SETTING TELEPHONIC |
| M.D. LUNES, et al., | STATUS CONFERENCE FOR MAY 19, 2008 AT 3:00 P.M. |
| Defendant. / | |

Plaintiff John R. Martinez is a state prisoner proceeding with a civil rights action against prison officials for retaliation and failing to protect Plaintiff. Trial in this action is set for June 10, 2008. On May 7, 2008, the court held a pretrial conference. At the pretrial conference, the parties and the court agreed that it is necessary to move the trial date.

Accordingly, the court HEREBY ORDERS as follows:

1. The June 10, 2008 trial date is VACATED;

2. The court will conduct a telephonic status conference at 3:00 p.m. on May 19, 2008 to set a new trial date; and

3. The parties SHALL arrange for the telephonic status conference and phone the court at 559-499-5669.

IT IS SO ORDERED.

Dated:   May 8, 2008            /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE