# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>M.D. LUNES, et al.,<br><br>      Defendant.<br>_____/ | 1:04-CV-5251 AWI SMS P<br><br>ORDER SETTING TELEPHONIC TRIAL CONFIRMATION FOR OCTOBER 6, 2008 AT 3:00 P.M.<br><br>ORDER SETTING TRIAL FOR OCTOBER 28, 2008 AT 8:30 A.M. |

Plaintiff Clarence Gibson is a state prisoner proceeding with a civil rights action against prison officials for retaliation and failing to protect Plaintiff. On May 19, 2008, the court held a telephonic status conference to set the trial date in this action. Pursuant to the parties' stipulation, the court as follows:

1. The court will conduct a telephonic trial confirmation at 3:00 p.m. on October 6, 2008;

2. The parties SHALL arrange for the telephonic status conference and phone the court at 559-499-5669; and

3. Trial in this action is set for 8:30 a.m. on October 28, 2008.

IT IS SO ORDERED.

**Dated:   May 21, 2008**         /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE