1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
5  KELLI M. HAMMOND, State Bar No. 217485
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 322-4638
8   Fax: (916) 324-5205
    Email: Kelli.Hammond@doj.ca.gov
9
   Attorneys for Defendants Maximo Lunes and
10 Margarita Chamalbide

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN R. MARTINEZ,** | 1:04-CV-5251 AWI SMS P |
| Plaintiff, | **STIPULATION TO AMEND THE PRETRIAL ORDER AND ORDER** |
| v. | |
| **M. D. LUNES, et al.,** | |
| Defendants. | |

The parties filed the following stipulation:

COMES NOW the parties, Defendants Maximo Lunes and Margarita Chamalbide, represented by counsel Kelli M. Hammond, and Plaintiff John Martinez, represented by counsel Charles Carbone, who agree and stipulate to an Order Amending the Pretrial Order currently in place in the above entitled matter.

The parties respectfully submit that there is good cause to amend this Court's Pretrial Order of August 14, 2008, due to the inability of the parties to meet and confer regarding trial

exhibits on the date set forth in the Order.

Due to illness and scheduling conflicts, the parties were unable to exchange trial exhibits until the afternoon of September 25, 2008.  Motions in limine are currently due on Monday, September 28, 2008.  Counsel for Defendants will be out of the office on Friday, September 26, 2008.  Therefore, the parties request the Court Amend the Pretrial Order, and issue an Order allowing motions in limine to be filed no later than Wednesday, October 1, 2008.

This modification will not delay the remaining dates as set forth in the current Pretrial Order.

**IT IS SO STIPULATED.**

**ORDER**

Having read and reviewed the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the Pretrial Order is amended to allow the parties to file motions in limine no later than October 1, 2008.

IT IS SO ORDERED.

**Dated:   September 26, 2008**              /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE