FILED
OCT 28 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>M. D. LUNES, et al.,<br><br>　　　　Defendants. | CASE NO. 1:04-cv-05251-AWI-SMS-PC<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br><u>As to Plaintiff John R. Martinez #J-52893</u> |

  Jury trial in this matter commenced on October 28, 2008, at 8:30 a.m. Plaintiff and Defendants have settled the case on the record.

  Accordingly, plaintiff John R. Martinez #J-52893, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10-28-08

　　　　　　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　ANTHONY W. ISHII
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1