FILED

OCT 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | CASE NO. 1:04-cv-05251-AWI-SMS-PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| M. D. LUNES, et al., | |
| Defendants. | As to Witness Armando Morales #P-80693 |

Jury trial in this matter commenced on October 28, 2008, at 8:30 a.m. Plaintiff and Defendants have settled the case on the record.

Accordingly, Armando Morales #P-80693, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10-28-08

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

1